Edward Meisner, Plaintiff-Appellant, The
against
City of New York Human Resources Administration, Defendant-Respondent.




Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Carolyn Walker-Diallo, J.), dated December 21, 2018, which denied his motion to reargue a judgment, entered on or about October 30, 2018, after inquest, in favor of defendant dismissing the action.




Per Curiam.
Appeal from order (Carolyn Walker-Diallo, J.), dated December 21, 2018, dismissed, without costs, as taken from a nonappealable paper.
Plaintiff never filed a notice of appeal from the court's October 30, 2018 judgment dismissing the complaint after inquest. Although plaintiff styled his subsequent motion as a motion to reargue/renew, he submitted no new facts. Therefore the motion was a motion to reargue, and no appeal lies from the denial of reargument (see HSBC Bank USA, N.A. v Mahadeo, 169 AD3d 603 [2019]). Were the appeal properly before us, we would affirm the dismissal of the action, since the acts committed by defendant did not rise to the level of extreme and outrageous conduct required to sustain a cause of action for intentional infliction of emotional distress (see Raymond v Marchand, 125 AD3d 835, 836 [2015]; Leonard v Reinhardt, 20 AD3d 510 [2005]) and, in any event, plaintiff failed to establish his entitlement to damages.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 25, 2019